FOR HARASSMENT," I tRied to EXPLAIN the REASON FOR SUCH COMPLAINT OF MARCH 23, 2011, OF RECEPTION C.O. (MERZGLOD), PACKING MY PROPERTY FOR COURT IN dRAFT bAG WITH NO STITCHING SO AS bAG being TRANSFER bY TRANSPORTATION OFFICERS' ALL MY LEGAL WORK gets LOSS AND/OR destroyed IN TRANSIT FROM DOWNSTATE to RIKERS ISLAND, SINCE ALL bAGS WERE SLIT INTENTIONALLY ReSULTING IN LOSS LEGAL WORK.

SO, Sgt (Sheeber), COULD ONLY SAY that AS INVESTIGATIVE OFFICER OF this COMPLAINT to MAKE CONTACT WITH YOUR OFFICE (MR. ROY), AND to REQUEST that I be TRANSFERED to ATTICA COR. FAC., WHERE DEF. (HOPE), IS ON MY CIVIL SUIT. then, She got VERY ROWDY telling Me NOT to RAISE MY VOICE At her AS A tatic to get MALE OFFICERS SURROUND Me when I did Nothen. I tRied Again to EMPHASIZE MY DISABILITY OF HEARING LOSS AND HEARING AIDS IN both EARS, but I WAS NOT RAISING MY VOICE to her during discussion, She SAid, "I GONNA SLAP YOUR FACE, KICK MY ASS, SPIT IN MY FACE, AND She don't Need other OFFICERS' FOR her to do it."

SO, Supt. (Lee), MAde A ROUND through (F-BLK) AND I INFORMED him OF this threat bY Sgt. (Sheeber), At APPROXIMATELY 6:00P.M., he said to WRITE AND he WILL hAVE STAFF INVESTIGATE this INCIDENT ON MY behALF

And before Leaving from my cell, Supt. (Lee), with Lt. Laporto, Lt. turquoise, he said a proverb: In manner of "person crying wolf all the time is never able to get people to believe a wolf even exist." And again said for me to send him a letter of alleged incident.

In closing Mr. Roy, I ask that you be aware that findings of Investigation by said Sgt. (Sherber); since she was named in complaint of (3/15/11), and this present sequels of events on (4/28/11). I thank you Mr. Roy, for time an cooperation in this matter.

Dated: April 29, 2011

Respectfully submitted,

/s/ [signature]

CC: Brian Fischer, Comm. (DOCS)

Supt. William A. Lee (GHCF)

# APPENDIX PAGE(S)

13

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 04/05/2011

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 1:00 pm | | 717 | | Verbal Therapy |

**Notes:** Writer received a phone call from a family member of the pt who stated that he is on his way back from county jail and that he wants to go back to F block where he feels comfortable. No information was given to the caller as there is not a consent 'orm to speak to him in the chart.

Staff: 71970 Berrill-Ross, Susan P Title: Lic Mstr Soc Wrkr 2 Date: 04/05/2011

Confirmed By: 71970 Berrill-Ross, Susan P Date: 4/5/11 1:30 pm

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 4/5/2011 1:30:41PM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

# APPENDIX PAGE(S)

# APPENDIX PAGE(S)

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
GREEN HAVEN CORRECTIONAL FACILITY
594 Route 216
Stormville, NY 12582
845-221-2711

BRIAN FISCHER
COMMISSIONER

WILLIAM A. LEE
SUPERINTENDENT

# MEMORANDUM

**TO:** Jose Quezada, 04A3690 B4-153

**FROM:** William Lee, Superintendent

**SUBJECT:** **Correspondence Dated April 6, 2011**

**DATE:** May 9, 2011

I am responding to your letter dated April 6, 2011. Cell moves and the assignment of a particular cell is entirely at the discretion of the facility. Your move to B-Block is appropriate and is in no way an attempt to "set up", or otherwise cause you harm in any way.

William Lee
Superintendent

WAL/hhb
GH5763
cc: Guid. & Coun.
file

# APPENDIX PAGE(S)



12/19/14 11:42:13 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4781 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: QUEZADA, JOSE DIN: 04A3690 DOB: 06/12/1970
CURRENT FAC: FIVE POINTS
REFERRING FAC : FIVE POINTS REFERRAL NUMBER: 14525650.01M
REFERRAL DATE : 11/18/14 11:52A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PHYSICAL THERAPY REFERRAL STATUS: SCHEDULED
URGENCY OF CARE: ROUTINE INTERPRETER:

MEDICAL HOLD: YES TYPE: 1 REASON CODE: 02 EXP.DATE: 2015-01-30
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT: HEARING LOSS/NON-SIG
REFERRED BY: KRIS SALOTTI, NP APPOINTMENT: 12/19/14 08:30A
REVIEWED BY: MARSHALL TRABOUT, MD POS: FIVE POINTS CF
PROV: NYONI, MTHULISI-PTH

REASON FOR CONSULTATION: USER: 11/18/14 03:15P C370K2S
( REQUESTING PTH CONSULTATION AND TREATMENT RECOMMENDATIONS FOR RIGHT SHOULDE )
( R PAIN. DECREASED ROM, PAIN AT AC JOINT, PAIN W/ PUSHING AND LIFTING AGAINS )
( T RESISTANCE. UNABLE TO LIFT ARM ABOVE HEAD, DIFFICULTY DRESSING SHIRT OFF )
( AND ON. NO RELIEF W/ NSAIDS OR ABALM. CHRONIC ISSUE NO XRAY INDICATED. )
( )

ATTENTION: DO NOT INFORM INMATE OF FUTURE APPOINTMENT(S)

CONSULTANT REPORT: Pt c/o (R) shoulder pain. Says he got
S: injured in 2011 in a use of force incident. Pain varies in intensity 0 - 9/10, writing & lying on (R) side aggravate pain. Says he is unable to lift heavy objects

O:
O/A: (R) shoulder ROM ÷ Internal rotation => slight limitation
÷ All other planes c WFL 2° to pain (pain)

A: Palpation: Tender trigger point (R) shoulder quadrant.
Tender AC joint & (R) shoulder apex & anterior aspect.
Strength: Flexion = 4/5 | Ext + Abd = 3+/5
ER = 4+/5

P: +ve pain c impingement test
1) [illegible] E-stim, US, [illegible]
2) manual therapy
3) ROM Ex
4) Strength + conditioning Ex
5) HEP

Goals: 1) ↓ pain
2) ↑ ROM
3) ~~Strength Ex~~ ↑ strength

CONSULTANT SIGNATURE: [signature] PT DATE: 12/19/14
IF FOLLOW-UP/PROCEDURE RECOMMENDED - REQUESTED BY __ / __ / [handwritten]

* CONSULTATION IS A RECOMMENDATION. FINAL DETERMINATION WILL BE MADE BY THE INMATE'S NYSDOCS PHYSICIAN.

DEC 22 2014

5/24/11 15:31:44 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4781 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

CCW 5/28/11

NAME: QUEZADA, JOSE DIN: 04A3690 DOB: 06/12/1970
CURRENT FAC: SHAWANGUNK

REFERRING FAC : SHAWANGUNK REFERRAL NUMBER: 11230425.01M
REFERRAL DATE : 05/20/11 11:06A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: ORTHOPEDICS-OTHER REFERRAL STATUS: SCHEDULED
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT: HEARING LOSS/NON-SIG
REFERRED BY: CHUNG LEE, MD APPOINTMENT: 05/27/11 01:00P
REVIEWED BY: CHUNG LEE, MD POS: FISHKILL RMU
PROV: GALENO, JOHN-ORT

REASON FOR CONSULTATION: USER: 05/23/11 08:14A C680CSL
( MILDLY DISPLACED FRACTURES OF RIGHT TRANSVERSE PROCESSES OF L1, L2, L3,, RI )
( GHT FLANK SOFT TISSUE INFILTRATON COMPATIBLE W/ TRAUMA )
( INJURIE/TRAUMA/ON 5-17-2011, W/ CO @ GREEN HEAVEN; PLS SCHEDULE ASAP IF YOU )
( CAN, THX. )
( )

ATTENTION: DO NOT INFORM INMATE OF FUTURE APPOINTMENT(S)

CONSULTANT REPORT:

S: C/O pain back radiating to (R) LE after injury on 16th. Pt states he was hit and kicked. Taking pain meds.

O: PE - Back tender paraspinal region, propped (R) mid leg; motor intact, reflexes absent bilaterally, SLR (+) left 20°

A: No films available - CT scan showed transverse process Fx (R) L1, L2, L3

P: Plan - Lumbosacral corset, analgesic PRN
- MRI L-Spine
- RTC 1 month

CONSULTANT SIGNATURE: [signature] DATE: 5/27/11
IF FOLLOW-UP/PROCEDURE RECOMMENDED, REQUESTED BY __ / __ / __ 1 month

* CONSULTATION IS A RECOMMENDATION. FINAL DETERMINATION WILL BE MADE BY THE INMATE'S NYSDOCS PHYSICIAN.

7 of 22 CL 5.30.11

HSC4781

HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: QUEZADA, JOSE DIN: 04A3690 DOB: 06/12/1970
CURRENT FAC: CLINTON GEN

REFERRING FAC : CLINTON GEN REFERRAL NUMBER: 11512608.01M
REFERRAL DATE : 11/14/11 04:49P TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PHYSICAL THERAPY REFERRAL STATUS: SCHEDULED
URGENCY OF CARE: ROUTINE INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT: HEARING LOSS/NON-SIG
REFERRED BY: KANG MAENG LEE, MD APPOINTMENT: 12/02/11 07:15A
REVIEWED BY: KANG MAENG LEE, MD POS: CLINTON CF
PROV: KESAR, ROHIT-PTH

REASON FOR CONSULTATION: USER: 11/14/11 04:49P C020WLS
( SEEN IN NES CLINIC 11-9-11 CHRONIC LBP HX OF TRANSVERSE PROCESS FX )
( OF L1-3... RECOMMENDED FOR EVALUATION FOR PTH )
( )
( )
( )

ATTENTION: DO NOT INFORM INMATE OF FUTURE APPOINTMENT(S)

CONSULTANT REPORT:

S: 44 yes old male patient seen for Evaluation Today, and patient Complains of Low Back Pain (10/10) and that he can't up from bed early in morning & that pain radiates down into left leg.

O: PT Eval
> Tenderness G-I in Lower back region
> the limited ROM in the Lower back
> LS Flex^n - 30% LS SB(R) - 40% LS Rot^n (R) - 30%

A:
> LS Ext^n - WNL LS SB(Lt) - 40% LS Rot^n (Lt) - 20%
> LS Muscular Testing Reveals 4(-)/5 MMT - (LS) region
> -ve Sensory Loss
> SLR (-ve)

P:
> Slump Test (-ve)

Patient Needs to Cont PT Tx to ↓se Pain in the LS region and ↑se Strength in the back. Cont PT Tx 2X wk X 4 wks.

CONSULTANT SIGNATURE: Rohit Kesar PT DATE: 12/2/2011

IF FOLLOW-UP/PROCEDURE RECOMMENDED - REQUESTED BY __ / __ / __

* CONSULTATION IS A RECOMMENDATION. FINAL DETERMINATION WILL BE MADE BY THE INMATE'S NYSDOCS PHYSICIAN.



APS Healthcare

New York State Dept. of Corrections & Community Supervision Utilization Review
1-866-736-4095

Physical Therapy/ Occupational Therapy
Request for Therapy Beyond Initial Eval

**Please fax the following information to: APS Healthcare/ NYS DOCCS UM (262) 787-2519 Attn: NYS DOCCS Utilization Review**

**Name:** Quezada Jose **DIN #** 04A3690 **# of Sessions to date:** ____ **Diagnosis:** LBP, Hx of Fracture Transverse Process

**Pain (0-10 Scale)** note: 100% pain relief is not an acceptable goal

Please rate pain at: **Best:** 3 **Worst:** 10 **Average:** 6 What factors increase pain? lying in bed standing, sitting too long

What factors decrease pain? Rest. Goal for Therapy: 60%

What specific (required) functional/ work activities is patient unable to perform? Standing, lying, sitting.

**ROM:**

What is current ROM of affected area? 80%/0 Goal for therapy: WNL

What specific (required) functional/work activities is patient unable to perform? Same As Above

**Strength:**

What is current strength of affected area? 4⊖/5 Goal for Therapy: 5/5

What specific (required) functional/ work activities is patient unable to perform due to strength? Same As Above

**Other:**

Treatment activities (include modalities/ procedures) Hot Pack / Tens / Therapy / Manual therapy

Does patient have a job or go to school? ☐Yes ☒No Does care focus on increasing ability to return to above? ☐Yes ☐No
If yes, please describe physical requirements: ____

Has patient shown subjective and/or objective improvements under your care? ☒Yes ☐No
If no, please explain (complicating factors): N/A

Is patient compliant with: **Appointments?** ☐Yes ☐No **Home Exercises:** ☐ Yes ☐No **Other Instructions:** ☐Yes ☐ No

**Treatment recommendations:** 2 **Visits per week for** 4 **weeks**

**Comments:**

Patient Needs to Get PT Tx to decrease Pain in the lower back and Inc Strength & ROM in the Lower Back.

**Signature:** Robert Kerel PT **Date:** 12/2/2011 **Phone #:** ____

**Hours available:** ____ **Fax:** ____

**Please attach progress notes/ evaluation if desired**

# APPENDIX PAGE(S)



331 Med CNYPC (7.09)

| CENTRAL NEW YORK PSYCHIATRIC CENTER<br>OUTPATIENT TREATMENT PLAN<br>Date Completed: 8/16/11<br>Date of First Review: 2/16/12 | Patient's Name (Last, First, M.I.): QUEZADA, JOSE<br>C#: 360507 DIN#: 04A3690<br>Unit Name: CLINTON CF |
|---|---|

DC called 9/7/12 (BG)

DIAGNOSIS: Include current Axis I- V diagnoses. Any change in diagnosis requires a MED 15 (i.e.- addition or deletion of diagnosis, or change in principal diagnosis)

AXIS I DYSTHYMIC DISORDER, POST TRAUMATIC STRESS DISORDER (P)
AXIS II ASPD
AXIS III BACK AND KNEE PAIN, GERD, HEARING LOSS
AXIS IV INCARCERATION
AXIS V GLOBAL ASSESSMENT OF FUNCTIONING: CURRENT GAF:_______ PAST YEAR GAF:________

**Treatment Issues:** Review all applicable assessments/evaluations (Core History, Psychiatric Progress Notes, Screening Admission Note, Comprehensive Suicide Risk Assessment, etc.) And determine problems and identified needs central to the patient's treatment and Recovery. Mental health, physical/medical health, rehabilitation and social support issues should be considered. Prioritize and list problems, issues, and concerns in the table below. Enter disposition code, rationale/reason for Treatment/Non-treatment of each identified issue.

Enter disposition code and date. T = Treat; R = Refer; D = Defer; I = Inactive; C = Close

| Problem | Disposition | Comments: Include rationale for treatment/ non-treatment of problems. | Date |
|---|---|---|---|
| MOOD DISORDER | T | Pt. reports history of anxiety and depression | 8/16/11 |
| PERSONALITY DISORDER | T | Inflexible and maladaptive personality traits which lead to distress and have a negative impact on mood, daily functioning, and adjustment to incarceration | 8/16/11 |
| SHU CONFINMENT | T | INMATE/ PATIENT IS SERVING SHU TIME | 8/16/11 |
| | | | |
| Medical Problems: Back and knee pain, hearing loss, GERD | D | DEFER TO DOCS, not affecting mental health treatment at this time | 8/16/11 |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

| CNYPC FORM #331<br>OUTPATIENT TREATMENT PLAN | Patient Name: QUEZADA, JOSE<br>C#: 360507 |
|---|---|

**GOAL PLAN:**
Instructions: Identify the major treatment goals. Use a separate page for each goal.

**GOAL PLAN:**
Instructions: Identify the major treatment goals. Use a separate page for each goal.

| Goal: SHU Functioning | Goal No. 10<br>Date Established: 8/16/11 | Status/Date<br>A Attained<br>R Revised<br>D/C Discontinued |
|---|---|---|
| Pt. will maintain personal and socially appropriate level of functioning while in SHU environment. | | D/C [initials]<br>9/7/12 |

Indicate patient outcomes to be achieved for this goal.

| Letter | Objectives: | Date Established | Target Date | Status/ Date<br>A Attained<br>R Revised<br>D/C Discon't | Methods<br>For each objective, indicate staff treatment interventions, including duration, frequency, and responsible staff. |
|---|---|---|---|---|---|
| A | Patient will be able to identify and discuss positive coping strategies to manage personal end environmental stressors related to living in SHU. | 8/16/11 | 2/16/12 | | Individual supportive counseling by assigned therapist 2x month and/or PRN to assist with symptom management. Pt. to see MD 1x/month for Psychiatric Evaluation, counseling, and medication evaluation, RCTP if needed. Pt is also participating in group therapy 5 days/ week |
| B | Patient will be able to manage his negative behaviors to the extent that he is free of acting out behaviors. | 8/16/11 | 2/16/12 | | Same as above. |
| C | Patient will verbally report stable mood, appetite, sleep, and use of at least one positive activity (i.e. reading, writing, exercising) | 8/16/11 | 2/16/12 | | Same as above. |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

| CNYPC FORM #331<br>OUTPATIENT TREATMENT PLAN | Patient Name: QUEZADA, JOSE<br>C#: 360507 |
|---|---|

| Goal: PERSONALITY DO | No. 9<br>Date Established: 8/16/11 | Status/Date<br>A Attained<br>R Revised<br>D/C Discontinued |
|---|---|---|
| Will become responsible for his choices, actions, and behavior. This responsibility will be demonstrated in interactions with others free from confrontation, demands, anger and respect for boundaries. | | D/C 9/7/13 |

Indicate patient outcomes to be achieved for this goal.

| Letter | Objectives: | Date Established | Target Date | Status/ Date<br>A Attained<br>R Revised<br>D/C Discon't | Methods<br>For each objective, indicate staff treatment interventions, including duration, frequency, and responsible staff. |
|---|---|---|---|---|---|
| A | Patient will identify the consequences that failure to comply with rules/limits has had on self and others. | 8/16/11 | 2/16/12 | | Primary therapist will confront patient when making blaming statements or failing to take responsibility for thoughts, actions, or feelings. Therapist will assist client to recognize and honestly express feelings related to limits, rules and structure. |
| B | Patient will identify attitudes and behaviors that must be modified in order to decrease his criminal behaviors. | 8/16/11 | 2/16/12 | | Same as above |
| C | Patient will identify skills needed in order to effectively relate with others, and identify reasons for his inability to trust others. | 8/16/11 | 2/16/12 | | Same as above |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

Case 1:11-cv-07457-LAP Document 4 Filed 01/20/12 Page 13 of 24

Office of Mental Health

QUEZADA, JOSE 360507

M 6/12/72

Clinton

Unit/Ward No.

## DIAGNOSIS RECORD

**INSTRUCTIONS:**

1. Complete to transfer diagnostic data and/or Homebound Status from the patient's case record into the information system. (See back for details).
2. File the original in the patient's case record, and
3. Forward a copy to the appropriate staff for DMHIS data entry.

| | DATE | | CODE | DIAGNOSIS/PROCEDURE NAME | Princ. Psych. | Med. Trans. | Dele-tion |
|---|---|---|---|---|---|---|---|
| 1 | 8/16/11 | AXIS I | 300.4 | Dysthymic D/o | | | |
| 2 | | | 309.81 | Post-traumatic Stress D/o | X | | |
| 3 | | | | | | | |
| 4 | | AXIS II | | ASPD | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | AXIS III | | Hearing loss | | | |
| 8 | | | | GERD | | | |
| 9 | | | | Back pain | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO OTHER PERSONS OR AGENCIES

20 — AXIS* IV — **Psychosocial/Environmental Problems** *(If box is checked, please specify.)*

- ☐ Education: ____
- ☐ Occupational: ____
- ☐ Housing: ____
- ☐ Economics: ____
- ☐ Primary support group: ____
- ☐ Social environment: ____
- ☐ Access to health care services: ____
- ☐ Interaction with legal system: ____
- ☐ Other psychosocial/environmental: ____

AXIS* V — **Global Assessment of Functioning** *(Enter two digit scores from 01-99)*

21 ___ Current GAF score (the level of functioning at the time of the evaluation)

22 ___ Past Year GAF (the highest level of functioning for at least a few months during the past year. For children and adolescents, this must include at least a month during the school year).

**Homebound Status:** ☐ Not Applicable ☐ Entry ☐ Update ☐ Correction ☐ Deletion

Effective Date ___/___/___ Expiration Date ___/___/___

Signature of Individual Completing Form: [illegible signature] Title: Psych. II Date: 8/16/11

*NOTE: While all of Axis IV information is being gathered on this form to ensure its presence in the patient's case record, none of the information will be entered/retrievable through the DMHIS system.

Original - Patient Case Record Copy — White Copy - Data Entry Copy

2/10/11

TO: DR. NEUBAUER, PSCOLOLOGIST.
FROM: JOSE QUEZADA, DYA 3650
CELL: F4-183
DATE: 1/25/11

RECEIVED
JAN 26 2011
GREEN HAVEN CORR. FAC.
PSYCHIATRIC SATELLITE UNIT

DEAR MS. NEUBAUER:

THE REASON FOR THIS LETTER IS BECAUSE I JUST RECEIVED A LETTER FROM MS. STEVENSON, TRANSITIONAL COORDINATOR FOR A.R.T. PROGRAM CAUSE I HAVE TO FINISH THE PROGRAM FOR TWO (2) MORE WEEK, THE PROBLEM IS THAT THEY GOIN TO TRY TO MOVE ME AGAIN TO OTHER BLOCK, MAYBE (H-BLOCK). FOR ONLY TWO WEEKS, THEN MOVE ME BACK TO ANOTHER BLOCK AFTER I FINISH THIS TEMPORARY PROGRAM. THE BIG PROBLEM IS THAT THE OFFICER I HAVE PROBLEM IS IN BUILDING (FD) C.O. HOUSCHEL. HE ALREADY START THE PROBLEM BY DESTROY MY IDENTIFICATION FACE. THE COUNSELOR KNOW ABOUT IT, THIS IS THE THIRD TIME HE DO THIS. PLEASE CALL MS. STEVENSON AND SPEAK WITH HER TO SEE IF SHE CAN KEEP ME IN THIS BLOCK AND SACRIFY MYSELF TO FINISH THE TWO WEEKS PROGRAM. IN MY (F-BLOCK), OR CALL MOVEMENT OR CONTROL AND INFORMED THEM THAT THIS IS A WEEKS PROGRAM SO THEY DON'T NEED TO MAKE TWO MOVE. LET ME KNOW WHAT HAPPEN. CALL ME TO YOU OFFICE AS SOON YOU RECEIVE THIS LETTER

Jose Quezada

NYS Office Of Mental Health - MHARSII

Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 04/21/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:00 am | | 717 | | Verbal Therapy |

**Notes:**

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

Pt reported no increase in psychiatric symptoms. Pt discussed that he didn't think that his parole hearing went well and discussed how his hearing affected his current mental health (2A). Pt is not that hopeful that he did well on his board as only one person asked him any questions. Pt reported difficulty sleeping and stated that he was up all night thinking. Pt denied any anxiety, mania, psychosis or mood swings. Pt stated that he is no longer working as a porter and that he is not part of a program. Pt discussed that he has a medical hold on him and feels that he is being harassed by officers. Pt stated that he is finished with his physical therapy and that his medical hold should be lifted. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate. The patient described his mood to be stable and euthymic. The patient's affect was broad, stable, and consistent with his stated mood. Patient was oriented to person, place, date, and purpose of the interview. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. Judgment was adequate. The patient's insight into his mental health needs was intact. Patient was cooperative with the interview process.

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ): Pt denied any current ideation, substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness or mood changes.***

***Chronic:Hx of mental illness***

***Acute: No acute warning signs present at the time of evaluation.***

***Protecting: OMH monitoring, treatment compliant, religious beliefs, family supports.***

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43  Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit:  717  Green Haven OMH Satellite Unit

request services if necessary.

Staff:   71970  Berrill-Ross, Susan P          Title:   Lic Mstr Soc Wrkr 2          Date:   04/21/2010

Confirmed By:   71970  Berrill-Ross, Susan P                                        Date:   4/21/10   9:28 am

Title:   Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P   On 4/21/2010   9:28:34AM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 05/19/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 10:00 am | | 717 | | Verbal Therapy |

**Notes: GOAL: 1**

**REASON FOR VISIT: (core history, treatment plan, referral, DOCS request, follow up):**

Met with patient for follow up clinical services

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

Pt reported no increase in psychiatric symptoms. Pt is currently not receiving any psychiatric medications. Pt reported that his depression is "the same" as last time. Pt discussed that he received two more years at his boards and that is one of his current stressors (b). Pt also discussed that he feels that he is being targeted by the officers due to testifying against them and that they are interfering with his legal work and medical needs. Pt reported that he "keeps his focus" and talks to people as a way of coping with his stress. Pt reported that he has not received his medical medication for pain and stated that medical allegedly lost his medical chart and clinician will follow-up with medical. Pt reported that he has written contact with his family Judgment was adequate. The patient's insight into his mental health needs was intact. Patient was cooperative with the interview process. The patient described his mood to be stable and euthymic. The patient's affect was broad, stable, and consistent with his stated mood. Patient was oriented to person, place, date, and purpose of the interview. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ): Pt denied any current ideation, substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness, or mood changes.***

***Chronic: Hx of mental illness***

***Acute: Recent board***

***Protecting: Family supports, OMH monitoring, treatment compliant, religious beliefs***

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to request services if necessary.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note - Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Staff: 71970 Berrill-Ross, Susan P　Title: Lic Mstr Soc Wrkr 2　Date: 05/19/2010

Confirmed By: 71970 Berrill-Ross, Susan P　Date: 5/19/10 9:53 am

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 5/19/2010 9:53:43AM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33:16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 08/19/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:00 am | | 717 | | Verbal Therapy |

**Notes:** **GOAL: 2**

**EASON FOR VISIT: (core history, treatment plan, referral, DOCS request, follow up):**

Met with patient for follow up clinical services

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

Pt reported that he was having difficulty with officers on the blocks with alleged accusations of abuse. Pt reported that he feels he is being harrassed and that he has been writing to the proper authorities in order to be transferred from one facility to another. Pt stated that it effects his mental health in a negative way and that it increasses his depression and anxiety (B). Pt reported difficulty sleeping and that he has no appetite, but eats because he has to eat. Pt stated that he has tried to reach out to many people and he doesn't feel as if anything is being done to help him. Pt reported that he reads and that he goes to the law library a few times a week and that he is currently in ART program. Pt denied any current depression, anxiety, mania or mood swings. Pt denied any thoughts of self-harm. Pt denied any disturbances in appetite or sleep. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate .

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ): Pt denied any current ideation, substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness or mood changes.***

***Chronic: Hx of mental illness, substance abuse, convicted of a violent crime.***

***Acute: No acute warnings signs present at the time of clinical session***

***Protecting: Family supports, OMH monitoring, treatment compliant, religious beliefs***

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to request services if necessary.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

**Patient Name:** QUEZADA, JOSE
Case Number: 360507
DOB: 06/12/1970
Admission Screening Date: 11/13/2006

State ID: 1903046
Gender: Male
DIN: 04-A-3690

Unit: 717 Green Haven OMH Satellite Unit

Staff: 71970 Berrill-Ross, Susan P Title: Lic Mstr Soc Wrkr 2 Date: 08/19/2010

Confirmed By: 71970 Berrill-Ross, Susan P Date: 8/19/10 1:22 pm

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 8/19/2010 1:22:17PM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

# Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 09/28/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:00 am | | 717 | | Verbal Therapy |

**Notes: GOAL: 2**

**REASON FOR VISIT: (core history, treatment plan, referral, DOCS request, follow up):**

Met with patient for follow up clinical services

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

Pt reported that he is still having difficulties with the officers and that the officers are telling people that he is a "snitch". Pt is currently not in any programs and is being transferred from block to block and is having difficulties where he goes. Pt stated that his grandfather passed away three weeks ago and that he has not been able to get in touch with his family. Clinician spoke with correction counselors who reported that he currently does not have a counselor assigned to him. An additional phone call will be made so that he can have a counselor assigned so that he is able to contact his family. Pt denied any current depression, anxiety, mania or mood swings. Pt denied any thoughts of self-harm. Pt denied any disturbances in appetite or sleep. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ): Pt denied any current ideation, substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness or mood changes.***

***Chronic: Hx of mental illness, substance abuse, convicted of a violent crime.***

***Acute: No acute warnings signs present at the time of clinical session***

***Protecting: Family supports, OMH monitoring, treatment compliant, religious beliefs***

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to request services if necessary.

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **QUEZADA, JOSE** | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Staff: 71970 Berrill-Ross, Susan P Title: Lic Mstr Soc Wrkr 2 Date: 09/28/2010

Confirmed By: 71970 Berrill-Ross, Susan P Date: 9/28/10 1:42 pm

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 9/28/2010 1:42:53PM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| Patient Name: | QUEZADA, JOSE | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit:: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 10/08/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:00 am | | 717 | | Verbal Therapy |

**Notes: GOAL: 2**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**REASON FOR VISIT: (core history, treatment plan, referral, DOCS request, follow up)**

Met with patient for follow up clinical services

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

pt reported that he moved to F block and that he is not having any problems with the officers and that he is getting along well with the other inmates. Pt reported that he didn't get to call his family. Pt stated that he is looking forward to getting out of this facility. Pt reported that he is still feeling badly about his grandfather, and he didn't get to make his phonecall to his family. Pt reported that he remains stressed and needs to avoid the two officers and he doesn't care where he gets sent to as long as its not here. Pt reported that when he is stressed he thinks and stated that the only way that his stress will be released is when he gets out of here. Pt is currently not prescribed any psychiatric medication at this time. Pt stated that he has put in a transfer and doesn't care where he goes. Pt stated that as soon as he gets a program that he receives a ticket and loses the program. Pt denied any current depression, anxiety, mania or mood swings. Pt denied any thoughts of self-harm. Pt denied any disturbances in appetite or sleep. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ): Pt denied any current ideation. substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness or mood changes.***

***Chronic: Hx of mental illness, substance abuse, convicted of a violent crime.***

***Acute: No acute warnings signs present at the time of clinical session***

***Protecting: Family supports, OMH monitoring, treatment compliant, religious beliefs***

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to request services if necessary.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **QUEZADA, JOSE** | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Staff: 71970 Berrill-Ross, Susan P    Title: Lic Mstr Soc Wrkr 2    Date: 10/08/2010

Confirmed By: 71970 Berrill-Ross, Susan P    Date: 10/8/10 10:39 am

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 10/8/2010 10:39:26AM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

N' S Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **QUEZADA, JOSE** | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Note Unit : 717 Green Haven OMH Satellite Unit

Entered By: 71970 Berrill-Ross, Susan P

Date: 10/22/2010

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:00 am | | 717 | | Verbal Therapy |

**Notes: GOAL: 2**

**REASON FOR VISIT: (core history, treatment plan, referral, DOCS request, follow up):**

Met with patient for follow up clinical services

**PATIENT'S REPORT OF CURRENT SYMPTOMS / PROGRESS TOWARD GOALS / CHANGES SINCE LAST VISIT:**

Pt stated that he is looking forward to getting out of this facility. Pt reported that he is depressed and that he had just received a letter stating that his cousin was killed. Pt discussed that he has alot of loss, and that he feels by the time he gets out of this facility that he will not have anymore family. Pt continues to report that he is having difficulty with officers and that he just doesn't ask them for anything as he knows that he will not get it. Pt reported that this is a constant stressor, but hat he keeps thinking about being transferred and that it helps him to keep up his hope. Pt is currently not prescribed any psychiatric medication at this time. Pt reported that right now he is ccontent to stay in one place and that its ok because he doesn't want to keep moving around. Pt denied any current depression, anxiety, mania or mood swings. Pt denied any thoughts of self-harm. Pt denied any disturbances in appetite or sleep. Thought processes were logical. Patient's thought content was reality-based. No unusual content was expressed. No perceptual distortions were reported or observed. The patient's memory was intact, as evidenced by his ability to discuss recent and remote personal history. He answered questions readily and his eye contact was good. Interactions with the evaluator were appropriate

**ASSESSMENT OF SAFETY**

***SUICIDE RISK ASSESSMENT:***

***Patient assessed for warning signs of imminent suicide risk (IS PATH WARM): ]: Pt denied any current ideation, substance abuse, purposelessness, anxiety, feelings of being trapped, hopelessness, withdrawal, anger, recklessness or mood changes.***

***Chronic: Hx of mental illness, substance abuse, convicted of a violent crime.***

***Acute: No acute warnings signs present at the time of clinical session***

***Protecting: Family supports, OMH monitoring, treatment compliant, religious beliefs***

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.

**ACTIONS/ RECOMMENDATIONS/ REFERRALS/ CONSULTATIONS/RETURN DATE:**

Patient will return for follow-up clinical services in four weeks. Pt will meet with psychiatrist as scheduled. He was advised on how to access mental health services should he require intervention prior to his next scheduled appointment. He agreed to request services if necessary.

NYS Office Of Mental Health - MHARSII

**Progress Note -Single Detail**

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **QUEZADA, JOSE** | State ID: | 1903046 |
| Case Number: | 360507 | Gender: | Male |
| DOB: | 06/12/1970 | DIN: | 04-A-3690 |
| Admission Screening Date: | 11/13/2006 | | |

Unit: 717 Green Haven OMH Satellite Unit

Staff: 71970 Berrill-Ross, Susan P    Title: Lic Mstr Soc Wrkr 2    Date: 10/22/2010

Confirmed By: 71970 Berrill-Ross, Susan P    Date: 10/22/10 1:21 pm

Title: Lic Mstr Soc Wrkr 2/Supervisor

**Electronically Signed By: Berrill-Ross, Susan P On 10/22/2010 1:21:34PM**

THIS INFORMATION IS BEING RELEASED UNDER THE PROVISIONS OF NEW YORK STATE MENTAL HYGIENE LAW, SECTION 33.16. CENTRAL NEW YORK PSYCHIATRIC CENTER ACCEPTS NO RESPONSIBILITY IF THE INFORMATION IS REDISCLOSED TO THE OTHER PERSONS OR AGENCIES.